IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RICHARD CALVIN BAGLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:24-cv-038 |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand to Defendant, and good cause appearing to support the motion, it is hereby ORDERED that the motion is GRANTED. The decision of the Commissioner of Social Security is hereby reversed under sentence four of 42 U.S.C. § 405(g), and this case is hereby remanded to Defendant for further consideration and administrative action.

The Clerk of the Court is hereby directed to enter a separate judgment under Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 9 day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA