AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RICHARD CALVIN BAGLEY,

    Plaintiff,

v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-038

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated September 9, 2024, Defendant's Motion for Entry of Judgment under Sentence Four with Remand is granted. Therefore, pursuant to 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and this case is remanded to the Commissioner. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 9, 2024

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020